IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SERENADE HOLDINGS
doing business as
Serenade Apartments,

   Plaintiff,

  v.

BUFUS CONEY
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-4632-TWT

**ORDER**

    This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

    SO ORDERED, this 18 day of January, 2017.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge

T:\ORDERS\16\Serenade Holdings\r&r.wpd